IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO RODRIGUEZ GUERRA, | : | 1:20-cv-0594 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| WARDEN CLAIR DOLL, | : | |
| Respondent. | : | |

# **ORDER**

### **July 27, 2020**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot.

2. The dismissal is without prejudice to Guerra's right to file a new § 2241 petition if he can demonstrate that his post-removal order detention exceeds six months and there is good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III<br>
John E. Jones III, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania